1

**PLAINTIFF'S EXHIBIT LIST**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Case Name and Number:     Lee v. City of Syracuse, et al.
                          Civil Action Nos. 5:03-CV-1329 and 5:06-CV-949

Date: February 18, 2010

PRESIDING JUDGE: Hon. David N. Hurd

( X ) Plaintiff          (   ) Defendants

| Exhibit Number | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | | Inter-Department-Memo dated Dec. 1, 2002, "Subject: new lettering system for days off" |
| P-2 | | | | | N.Y.S. Police Domestic Incident Report dated Nov. 12, 2000 |

| P-3 | | | | | Secondary work permits signed by Plaintiff on Jan. 20, 2000 |
|-----|---|---|---|---|-----------------------------------------------------------------|
| P-4 | | | | | Transfer Notification signed by Deputy Chief Daniel Boyle dated Nov. 13, 2000 |
| P-5 | | | | | "Disability Certificate" signed by Saundra Barnett-Reyes, M.D. dated Nov. 15, 2000 |
| P-6 | | | | | Undated letter from Plaintiff to Mayor Roy Bernardi re: additional sick days |
| P-7 | | | | | Inter-Departmental-Memo from Capt. John Agne to file dated Dec. 22, 2000 |
| P-8 | | | | | Letter from Saundra Barnett-Reyes, M.D. to Capt. John Agne dated Jan. 19, 2001 |
| P-9 | | | | | Letter from Capt. John Agne to Saundra Barnett-Reyes dated Dec. 4, 2000 |

| | | | | | |
|---|---|---|---|---|---|
| P-10 | | | | | Inter-Departmental-Memo from Capt. John Agne to file dated Jan. 29, 2001 |
| P-11 | | | | | Inter-Departmental-Memo from Capt. John Agne to file dated Feb. 14, 2001 |
| P-12 | | | | | Inter-Departmental-Memo from Sgt. Susan Adams to file dated Feb. 14, 2001 and May 10, 2001 |
| P-13 | | | | | Signed Authorization by Plaintiff dated Nov. 28, 2000 for medical information of Dr. Barnett-Reyes' |
| P-14 | | | | | Letter from Saundra Barnett-Reyes, M.D. to Capt. John Agne dated Jan. 30, 2001 |
| P-15 | | | | | "Psychological Assessment" of Joseph T. Himmelsbach, Ph.D. dated May 9, 2001 |
| P-16 | | | | | Letter from Dr. Himmelsbach to Capt. Agne dated Jul. 24, 2001 |

| | | | | | |
|---|---|---|---|---|---|
| P-17 | | | | | Inter-Departmental-Memo from Capt. Agne to file dated Aug. 1, 2001 |
| P-18 | | | | | Inter-Departmental-Memo from Plaintiff to Lt Gates dated Aug. 14, 2001 |
| P-19 | | | | | Letter from Saundra Barnett-Reyes, M.D. to Capt. John Agne dated Dec. 3, 2001 |
| P-20 | | | | | Letter from Saundra Barnett-Reyes, M.D. to Capt. John Agne dated Jan. 9, 2002 |
| P-21 | | | | | Letter from Jeffrey Piedmonte from Deputy Chief Thompson dated Sept. 24, 2002 |
| P-22 | | | | | Transfer Notification dated Sept. 26, 2002 signed by Deputy Chief Thompson placing Plaintiff on administrative leave |
| P-23 | | | | | Letter from Plaintiff to the "EEOC Officer at the Syracuse Police Department" received by Lt. Rebecca Thompson on Feb. 25, 2003 |

| P-24 | | | | | Letter from Saundra Barnett-Reyes, M.D. sent to the Syracuse Police Depart. dated Apr. 10, 2003 |
|------|--|--|--|--|---------------------------------------------------|
| P-25 | | | | | Dr. Barnett-Reyes' "Medication Management Session" notes dated Feb. 25, 2003 |
| P-26 | | | | | EEOC Complaint filed Apr. 24, 2003 |
| P-27 | | | | | Evaluation Report of Brian S. Joseph, M.D. concerning Plaintiff dated Jul. 7, 2003 |
| P-28 | | | | | Inter-Departmental-Memo from Plaintiff to Lt. R. Thompson dated Mar. 21, 2003 |
| P-29 | | | | | Excerpts from IAD file # 04-39 (Internal Affairs investigation into Plaintiff initiated by Michael Kerwin on Mar. 23, 2003) |

| | | | | | |
|---|---|---|---|---|---|
| P-30 | | | | | Inter-Departmental-Memo to Chief DuVal from Lt. Thompson dated May 26, 2004 |
| P-31 | | | | | Inter-Departmental-Memo to Lt. Thompson from Plaintiff dated Aug. 2, 2004 |
| P-32 | | | | | Inter-Departmental-Memo to Plaintiff from Lt. Thompson dated Aug. 6, 2004 |
| P-33 | | | | | Inter-Departmental-Memo to Lt. Thompson from Plaintiff dated Aug. 18, 2004 |
| P-34 | | | | | Inter-Departmental-Memo to Plaintiff from Lt. Thompson dated Aug. 25, 2004 |
| P-35 | | | | | Inter-Departmental-Memo to Lt. Thompson from Plaintiff dated Sept. 17, 2004 |
| P-36 | | | | | Inter-Departmental-Memo to Lt. Thompson from Plaintiff dated Nov. 18, 2004 |

| | | | | | |
|---|---|---|---|---|---|
| P-37 | | | | | Letter from Chief of Police Steven Thompson to Lt. Rebecca Thompson dated Dec. 17, 2004 |
| P-38 | | | | | Inter-Departmental-Memo from Captain Barrette to Plaintiff dated Jan. 31, 2005 |
| P-39 | | | | | Inter-Departmental-Memo from Captain Judy Culeton to Plaintiff dated Jul. 26, 2005 |
| P-40 | | | | | Inter-Departmental-Memo from Plaintiff to Lt. Thompson dated Feb. 2, 2005 |
| P-41 | | | | | Inter-Departmental-Memo from Lt. Thompson to Plaintiff dated Feb. 3, 2005 |
| P-42 | | | | | Inter-Departmental-Memo from Captain Barrette to Deputy Chief Heenan dated Feb. 4,2005 |
| P-43 | | | | | Inter-Departmental-Memo from Plaintiff to Sgt. Michael Long dated Oct. 15, 2005 |
| P-44 | | | | | |

| P-45 | | | | | Inter-Departmental-Memo from Sgt. Long to Captain Michael Rathbun dated Oct. 25, 2005 |
|------|---|---|---|---|---|
| P-46 | | | | | Inter-Departmental-Memo from Captain Rathbun to Plaintiff dated Oct. 25, 2005 |
| P-47 | | | | | Inter-Departmental-Memo to Inspector Richard Boynton from Plaintiff dated Feb. 2, 1994 and tape cassette |
| P-48 | | | | | Inter-Departmental-Memo to Captain Rathbun from Plaintiff dated Nov. 7, 2005 |
| P-49 | | | | | Inter-Departmental-Memo from Captain Rathbun to Sgt. Long dated Nov. 11, 2005 |
| P-50 | | | | | Inter-Departmental-Memo from Sgt. Long to Captain Rathbun dated Nov. 15, 2005 |
| P-51 | | | | | Inter-Departmental-Memo from Sgt. Long to Captain Rathbun dated Nov. 15, 2005 (second) |

| | | | | | |
|---|---|---|---|---|---|
| P-52 | | | | | Inter-Departmental-Memo from Sgt. Long to Captain Rathbun dated Dec. 18, 2005 |
| P-53 | | | | | Inter-Departmental-Memo from Captain Rathbun to Plaintiff dated Dec. 19, 2005 |
| P-54 | | | | | Inter-Departmental-Memo from Plaintiff to Captain Rathbun dated Dec. 20, 2005 |
| P-55 | | | | | Discipline Report, D # 3952 |
| P-56 | | | | | Inter-Departmental-Memo from Captain Rathbun to Deputy Chief Barrette dated Jan. 7, 2006 |
| P-57 | | | | | Discipline Report, D # 3953 and signed note of Deputy Chief Barrette "unsubstantiated" dated Jan. 12, 2006 |
| P-58 | | | | | Inter-Departmental-Memo from Plaintiff to Chief of Police Gary Miguel dated Jan. 6, 2006 |

| | | | | | |
|---|---|---|---|---|---|
| P-59 | | | | | Inter-Departmental-Memo from Captain Thomas Galvin to Deputy Chief Barrette dated Jan. 9, 2006 |
| P-60 | | | | | Letter from A.J. Bosman, Esq. to Syracuse Assistant Corporation Counsel Robert Stamey, Esq. dated Jun. 16, 2006 |
| P-61 | | | | | Inter-Departmental-Memo from Captain Galvin to Plaintiff dated Jun. 30, 2006 |
| P-62 | | | | | Inter-Departmental-Memo from Captain Galvin to Plaintiff dated Jul. 27, 2006 |
| P-63 | | | | | Inter-Departmental-Memo from Plaintiff to Deputy Chief Kerwin dated Aug. 30, 2006 |
| P-64 | | | | | Inter-Departmental-Memo from Plaintiff to Deputy Chief Kerwin dated Aug. 30, 2006 (second) |

| P-65 | | | | | Handwritten Memo from Deputy Chief Kerwin to Captain Judy Culeton dated Aug. 30, 2006 |
|------|---|---|---|---|------|
| P-66 | | | | | Handwritten Memo (second) from Deputy Chief Kerwin to Captain Culeton undated |
| P-67 | | | | | Excerpts from Internal Affairs log book |
| P-68 | | | | | Excerpts from IAD File # 01-144 |
| P-69 | | | | | Excerpts from IAD File # 03-65 |
| P-70 | | | | | Excerpts from IAD File # 07-63 |
| P-71 | | | | | Medical record of officer prescribed Vicodin in October 2000 |
| P-72 | | | | | Inter-Departmental-Memo from Captain Agne to file dated Jan. 9, 2001 |
| P-73 | | | | | Inter-Departmental-Memo from Sgt. Adams to Captain Agne dated Oct. 19, 2000 |

| P-74 | | | | | Excerpts from IAD File # 05-02 |
| P-75 | | | | | Excerpts from IAD File # 02-31 |
| P-76 | | | | | Excerpts from IAD File # 96-223 |
| P-77 | | | | | Excerpts from IAD File # 98-32 |
| P-78 | | | | | Excerpts from IAD File # 05-09 |
| P-79 | | | | | Excerpts from IAD File # 05-44 |
| P-80 | | | | | Excerpts from IAD File # 07-08 |
| P-81 | | | | | Excerpts from IAD File # 00-150 |
| P-82 | | | | | Excerpts from IAD File # 04-166 |
| P-83 | | | | | Report of Charles N. Kroll, Ph.D |
| P-84 | | | | | Consent Decree |

| P-85 | | | | | Inter-Departmental-Memo from Inspector Richard Boynton to Deputy Chief Thompson dated May 1, 2000 |
|---|---|---|---|---|---|
| P-86 | | | | | Inter-Departmental-Memo from Inspector Boynton to Deputy Chief Thompson dated May 15, 2000 |
| P-87 | | | | | Inter-Departmental-Memo dated Mar. 26, 2003 "This is a man's world and a man's job" |
| P-88 | | | | | Inter-Department-Memo dated Feb. 26, 2004 "EEOC issues" |
| P-89 | | | | | Contents of Dkt. No. 117-25 in 5:03-CV-1329 |
| P-90 | | | | | Inter-Departmental-Memo from Plaintiff to Captain Agne dated Jun. 11, 2001 |
| P-91 | | | | | Inter-Departmental-Memo from Captain Agne to Plaintiff dated Jun. 12, 2001 |

| | | | | | |
|---|---|---|---|---|---|
| P-92 | | | | | Inter-Departmental-Memo from Plaintiff to Captain Agne dated Jun. 14, 2001 |
| P-93 | | | | | Inter-Departmental-Memo from Captain Agne to Plaintiff dated Jun. 15, 2001 |
| P-94 | | | | | Inter-Departmental-Memo from Plaintiff to Sgt. Bastedo dated Mar. 13, 2005 |
| P-95 | | | | | Discipline Report, IAD # 06-203 |
| P-96 | | | | | Excerpts from IAD File # 04-149 |
| P-97 | | | | | Inter-Departmental-Memo from Richard Douglas to Captain Galvin dated Dec. 29, 1999 |
| P-98 | | | | | Audio of the Kaufman 911 call |
| P-99 | | | | | Plaintiff's 2006 EEOC Complaint |
| | | | | | |
| | | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|

1.  Plaintiff reserves the right to supplement this Exhibit List with additional exhibits as needed and depending on the evidence introduced at trial.  Plaintiff reserves the right to delete exhibits.

2.  This Exhibit List does not include rebuttal or impeachment exhibits.

3.  Depending upon the rulings of the court and/or the proof adduced, the Plaintiff reserves the right to add or delete exhibits.

Dated: February 19, 2010
at Rome, New York

                                        s/A.J. Bosman
                                        A.J. Bosman, Esq.
                                        Attorney for Plaintiff
                                        Office and Post Office Address
                                        6599 Martin Street
                                        Rome, New York 13440
                                        Telephone: (315) 336-9130

TO:     CORPORATION COUNSEL
        CITY OF SYRACUSE
        Attorneys for Defendants
        Joseph Francis Bergh, Esq.
        Assistant Corporation Counsel
        Office and Post Office Address
        300 City Hall
        Syracuse, New York 13202
        Telephone: (315) 448-8400

HANCOCK & ESTABROOK, LLP
Trial Counsel for Defendants
Attn:   John G. Powers, Esq., Lindsey H. Hazelton, Esq.
& Robert C. Whitaker, Esq.
Office and Post Office Address
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 471-3151